UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERNEST SPEER, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:12-CV-2220-LMB |
| IAN WALLACE, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is unsigned. Rule 2(c)(5) of the Rules Governing § 2254 Petitions requires that all § 2254 petitions be signed under penalty of perjury. As a result, the Court will order the Clerk to mail a copy of the petition to petitioner. And petitioner will be directed to sign and return the petition within thirty days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a copy of his petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that petitioner must sign and return the petition to the Court within **30 days of the date of this Order**.

Dated this 30th Day of November, 2012.

_/s/ Lewis M. Blanton_
UNITED STATES MAGISTRATE JUDGE